Michael L Farley, No 76368
Valerie R Chrissakis No 184806
FARLEY LAW FIRM
1120 W Main Street
Visalia, California 93291
Telephone (559) 738 5975
Facsimile (559) 732-2305

FILED

2005 APR 27 A 10 35

CLERK US DIST COURT
EASTERN DIST OF CALIF

BY_____
          DEPUTY

Attorneys for Plaintiff/Counter-Defendant, WILLIAM GRAHAM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| WILLIAM GRAHAM an individual, <br><br> Plaintiff, <br><br> vs <br><br> TULARE AREA SCHOOLS BENEFIT AUTHORITY, TULARE AREA SCHOOLS BENEFIT AUTHORITY EMPLOYEE HEALTH CARE PLAN, TULARE JOINT UNION HIGH SCHOOL DISTRICT, FOUNDATION FOR MEDICAL CARE OF TULARE-KINGS COUNTY, and DOES 1 through 10, inclusive, <br><br> Defendants | CASE NO CIV-F-03-6737 OWW LJO <br><br> **STIPULATION TO CONTINUE HEARING ON MOTIONS TO DISMISS FIRST AMENDED COUNTER-CLAIMS** |
| AND RELATED COUNTER-ACTION | |

Plaintiff/Counter-Defendant, WILLIAM GRAHAM ["Graham"] and Defendants/Counter-Claimants, TULARE AREA SCHOOLS BENEFIT AUTHORITY, et al, hereby stipulation through and by their attorneys of record herein, Valerie R Chrissakis of the FARLEY LAW FIRM and Douglas Tucker of KIMBLE, MacMICHAEL & UPTON, respectively, to continue the hearing on Graham's Motions to Dismiss First Amended Counter-Claims filed by TASEBA and Tulare Joint Union High School District from April 25, 2005 to May 23, 2005 at 10 00 a m in Department 2 of the United States District Court,

-1-

STIPULATION TO CONTINUE HEARING ON MOTIONS TO DISMISS
FIRST AMENDED COUNTER-CLAIMS

1 | Eastern District of California, Fresno Division

2 | The parties agree that this Stipulation can be executed in counter-parts

3 | **SO STIPULATED:**

4 | Dated April 25, 2005          FARLEY LAW FIRM

*[signature]*

Valerie R. Chrissakis
Attorney for Plaintiff/Counter-Defendant,
WILLIAM GRAHAM

Dated April 25, 2004          KIMBLE, MacMICHAEL & UPTON

*[signature]*

Douglas Tucker
Attorney for Defendants/Counter-
Complainants, TULARE AREA
SCHOOLS, et

-2-

STIPULATION TO CONTINUE HEARING ON MOTIONS TO DISMISS
FIRST AMENDED COUNTER-CLAIMS

## ORDER

**GOOD CAUSE APPEARING**, the hearing on William Graham's Motions to Dismiss, Pursuant to FRCP Rule 12(b)(6) First Amended Counter-Claims filed by TASEBA and TULARE JOINT UNION HIGH SCHOOL DISTRICT, shall be continued from April 25, 2005 to May 23, 2005 at 10:00 a.m. in Department 2 of the United States District Court, Eastern District of California, Fresno Division

Dated April 26, 2005

_____
The Honorable Oliver W. Wanger, Judge

-3-

STIPULATION TO CONTINUE HEARING ON MOTIONS TO DISMISS
FIRST AMENDED COUNTER-CLAIMS