```
DOUGLAS TUCKER  172550
ROGER K. STEWART  078326
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm, Suite 221
Post Office Box 9489
Fresno, California  93792-9489
Telephone:  (559) 435-5500
```

Attorneys for Defendants TULARE AREA SCHOOLS BENEFIT AUTHORITY; TULARE AREA SCHOOLS BENEFIT AUTHORITY EMPLOYEE HEALTH CARE PLAN; TULARE JOINT UNION HIGH SCHOOL DISTRICT; and FOUNDATION FOR MEDICAL CARE OF TULARE-KINGS COUNTY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)

\* \* \*

| | |
|---|---|
| WILLIAM GRAHAM, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> TULARE AREA SCHOOLS BENEFIT AUTHORITY; TULARE AREA SCHOOLS BENEFIT AUTHORITY EMPLOYEE HEALTH CARE PLAN; TULARE JOINT UNION HIGH SCHOOL DISTRICT; FOUNDATION FOR MEDICAL CARE OF TULARE-KINGS COUNTY; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: **CIV-F-03-6737 OWW LJO** <br><br> **STIPULATION TO EXTEND TIME FOR DISCLOSURE OF EXPERTS AND ORDER** |

///
///
///
///
///
///
///
///

LAW OFFICES
Kimble, MacMichael & Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS HEREBY STIPULATED AND AGREED** by and between plaintiff and counter-defendant WILLIAM GRAHAM ("Graham") and defendants/counter-claimants TULARE AREA SCHOOLS EMPLOYEE BENEFIT AUTHORITY, TULARE AREA SCHOOLS EMPLOYEE BENEFIT AUTHORITY HEALTH CARE PLAN, TULARE JOINT UNION HIGH SCHOOL DISTRICT and FOUNDATION FOR MEDICAL CARE OF TULARE-KINGS COUNTY (collectively "Defendants") acting by and through their attorneys of record herein that the dates set forth in the Court's Scheduling Order of June 4, 2004, be enlarged as set forth below.  Good cause exists for the enlargement of dates as a result of delays engendered by the parties' informal hold on discovery and litigation of the case until mediation which is currently set for Friday, June 3, 2005 and potential follow-up settlement negotiations/mediation sessions to fully resolve the action. The new proposed dates are set forth below.

In accordance with Federal Rule 6(b)(1) and Local Rules 6-142 and 83-141, all parties agree to a time enlargement as to the litigation deadlines and trial date set forth in the Court's Scheduling Conference Order.

Each party agrees to the following:

1. **Expert Witnesses**

Any expert witness disclosures by any party shall be served no later than November 16, 2005.  Any supplemental expert witness disclosures by any party shall be served no later than December 15, 2005. Such disclosures must be made pursuant to F.R.Civ.P.26(a)(2)(A) and (B) and shall include all information required thereunder.  In addition, F.R.Civ.P.26(b)(4) and F.R.Civ.P.26(e) shall specifically apply to all discovery relating to expert witnesses and their opinions.

2. **Discovery Cutoff**

All non-expert discovery (including motions to compel) shall be completed no later than January 27, 2006.

3. **Pretrial Motion Schedule**

All non-dispositive motions shall be filed and served by February 15, 2006. All dispositive motions shall be filed and served by March 1, 2006.

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

-2-
STIPULATION TO EXTEND TIME FOR DISCLOSURE OF EXPERTS AND ORDER

PDF created with pdfFactory trial version www.pdffactory.com

4. **Pretrial Conference**

A pretrial conference shall be set for June 14, 2006 at 11:00 a.m. or at another time set by the court.

5. **Trial Date**

A jury trial shall be set for August 7, 2006 at 9:00 a.m. or at another time set by the court. The jury trial is estimated to take 8 days.

Dated: May _____, 2005        FARLEY LAW FIRM

By    /s/ Valerie Chrissakis

VALERIE CHRISSAKIS,
Attorneys for Plaintiff

Dated:  May _____, 2005       KIMBLE, MacMICHAEL & UPTON
A Professional Corporation


By:   /s/ Douglas Tucker
DOUGLAS TUCKER
Attorney for Defendants

**ORDER**

IT IS SO ORDERED.

/s/ OLIVER W. WANGER

Dated: May   18   , 2005

HONORABLE OLIVER W. WANGER
United States District Court Judge

1035800.81.stip10505.2

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

-3-
STIPULATION TO EXTEND TIME FOR DISCLOSURE OF EXPERTS AND ORDER

PDF created with pdfFactory trial version www.pdffactory.com