Michael L. Farley, No. 76368
Valerie R. Chrissakis, No. 184806
FARLEY LAW FIRM
1120 W. Main Street
Visalia, California 93291
Telephone: (559) 738-5975
Facsimile: (559) 732-2305

Attorneys for Plaintiff/Counter-Defendant, WILLIAM GRAHAM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| WILLIAM GRAHAM, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>TULARE AREA SCHOOLS BENEFIT AUTHORITY; TULARE AREA SCHOOLS BENEFIT AUTHORITY EMPLOYEE HEALTH CARE PLAN; TULARE JOINT UNION HIGH SCHOOL DISTRICT; FOUNDATION FOR MEDICAL CARE OF TULARE-KINGS COUNTY; and DOES 1 through 10, inclusive,<br><br>    Defendants.<br><br>AND RELATED COUNTER-ACTION | CASE NO. CIV-F-03-6737 OWW LJO<br><br>**STIPULATION TO CONTINUE HEARING ON MOTIONS TO DISMISS FIRST AMENDED COUNTER-CLAIMS** |

Plaintiff/Counter-Defendant, WILLIAM GRAHAM ["Graham"] and Defendants/Counter-Claimants, TULARE AREA SCHOOLS BENEFIT AUTHORITY, et. al., hereby stipulation through and by their attorneys of record herein, Valerie R. Chrissakis of the FARLEY LAW FIRM and Douglas Tucker of KIMBLE, MacMICHAEL & UPTON, respectively, to continue the hearing on Graham's Motions to Dismiss First Amended Counter-Claims filed by TASEBA and Tulare Joint Union High School District from April 25, 2005 to June 13, 2005 at 10:00 a.m. in Department 2 of the United States District Court,

-1-

Eastern District of California, Fresno Division.

The parties agree that this Stipulation can be executed in counter-parts.

**SO STIPULATED:**

Dated: May ___, 2005                    FARLEY LAW FIRM

_____
Valerie R. Chrissakis
Attorney for Plaintiff/Counter-Defendant,
WILLIAM GRAHAM

Dated: May ___, 2004                    KIMBLE, MacMICHAEL & UPTON

_____
Douglas Tucker
Attorney for Defendants/Counter-
Complainants, TULARE AREA
SCHOOLS, et.

STIPULATION TO CONTINUE HEARING ON MOTIONS TO DISMISS
FIRST AMENDED COUNTER-CLAIMS

**ORDER**

**GOOD CAUSE APPEARING**, the hearing on William Graham's Motions to Dismiss, Pursuant to FRCP Rule 12(b)(6) First Amended Counter-Claims filed by TASEBA and TULARE JOINT UNION HIGH SCHOOL DISTRICT, shall be continued from April 25, 2005 to June 13, 2005 at 10:00 a.m. in Department 2 of the United States District Court, Eastern District of California, Fresno Division.

Dated: May _18__, 2005

/s/ OLIVER W. WANGER

_____
The Honorable Oliver W. Wanger, Judge

STIPULATION TO CONTINUE HEARING ON MOTIONS TO DISMISS
FIRST AMENDED COUNTER-CLAIMS