Michael L. Farley, No. 76368
Valerie R. Chrissakis, No. 184806
FARLEY LAW FIRM
1120 W. Main Street
Visalia, California 93291
Telephone: (559) 738-5975
Facsimile: (559) 732-2305

Attorneys for Plaintiff/Counter-Defendant, WILLIAM GRAHAM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| WILLIAM GRAHAM, an individual, | CASE NO. CIV-F-03-6737 OWW LJO |
| Plaintiff, | |
| vs. | **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**;  ORDER |
| TULARE AREA SCHOOLS BENEFIT AUTHORITY; TULARE AREA SCHOOLS BENEFIT AUTHORITY EMPLOYEE HEALTH CARE PLAN; TULARE JOINT UNION HIGH SCHOOL DISTRICT; FOUNDATION FOR MEDICAL CARE OF TULARE-KINGS COUNTY; and DOES 1 through 10, inclusive, | |
| Defendants. | |
| AND RELATED COUNTER-ACTION | |

Plaintiff/Counter-Defendant, WILLIAM GRAHAM ["Graham"] and Defendants/Counter-Claimants, TULARE AREA SCHOOLS BENEFIT AUTHORITY, et. al., hereby stipulate, through and by their attorneys of record herein, Valerie R. Chrissakis of the FARLEY LAW FIRM and Douglas Tucker of KIMBLE, MacMICHAEL & UPTON, respectively, to the dismissal, with prejudice, of this entire action, and all causes of action placed at issue by the Complaint and Counter-Claim herein.

The parties to this litigation have satisfactorily resolved all issues pending between

-1-

them and arising from those facts and circumstances giving rise to the claims set forth in the Complaint and Counter-Claim filed in this litigation.  The terms of such resolution are contained within a settlement agreement executed by the parties to this litigation.  The terms and obligations set forth in the settlement agreement shall survive the dismissal of this case and shall be enforceable by the Court, if necessary.

All parties shall remain responsible for their own fees and costs incurred in relation to this litigation.

**SO STIPULATED:**

Dated: June ___, 2005                    FARLEY LAW FIRM


                                         /s/
                                         _____
                                         Valerie R. Chrissakis
                                         Attorney for Plaintiff/Counter-Defendant,
                                         WILLIAM GRAHAM

Dated: June ___, 2004                    KIMBLE, MacMICHAEL & UPTON


                                         /s/
                                         _____
                                         Douglas Tucker
                                         Attorney for Defendants/Counter-
                                         Complainants, TULARE AREA
                                         SCHOOLS, et. al.

**STIPULATION TO DISMISS ENTIRE ACTION, WITH PREJUDICE; PROPOSED ORDER**

**ORDER**

**GOOD CAUSE APPEARING**, this entire action and all claims contained within the Complaint and Counter-Claim, shall be dismissed with prejudice. All parties shall remain responsible for their own fees and costs incurred in this litigation.

The terms and obligations set forth in any agreement executed by the parties to memorialize their agreed upon resolution this case, shall survive the dismissal of this case and shall be enforceable by the Court, if necessary.

Dated: July 8, 2005

/s/ OLIVER W. WANGER

_____
The Honorable Oliver W. Wanger, Judge

**STIPULATION TO DISMISS ENTIRE ACTION, WITH PREJUDICE; PROPOSED ORDER**